1    TOWNSEND AND TOWNSEND AND CREW LLP
     JAMES G. GILLILAND, JR. (State Bar No. 107988)
2    ROBERT D. TADLOCK (State Bar No. 238479)
     Two Embarcadero Center Eighth Floor
3    San Francisco, CA  94111
     Telephone:  (415) 576-0200
4    Facsimile:   (415) 576-0300
     Email: jggilliland@townsend.com
5            rdtadlock@townsend.com

6    IRIS SOCKEL MITRAKOS (State Bar No. 190162)
     12730 High Bluff Drive, Suite 400
7    San Diego, California 92130
     Telephone: (858) 350-6100
8    Facsimile:  (858) 350-6111
     Email: ismitrakos@townsend.com

Attorneys for: DREYER'S GRAND ICE CREAM, INC., DREYER'S GRAND ICE CREAM HOLDINGS, INC., and EDY'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DREYER'S GRAND ICE CREAM, INC., a corporation, DREYER'S GRAND ICE CREAM HOLDINGS, INC., a corporation, EDY'S GRAND ICE CREAM, INC., a corporation, RANDY STATHERS, an individual, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. C09-5815-CW(LB)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**<br><br>Complaint Filed:    12/11/09<br><br>Date:  September 8, 2010<br>Time:  10:30 a.m.<br>Dept:  Courtroom 2, Fourth Floor |
| DREYER'S GRAND ICE CREAM, INC. a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, an Indiana limited liability company,<br><br>    Defendants. | Case No. 10-00317 CW(LB)<br><br><br><br>Complaint Filed:    January 22, 2010<br><br>Date:  April 13, 2010<br>Time:  10:30 a.m.<br>Dept:  Courtroom 2, Fourth Floor |

1  Pursuant to ADR Civil L.R. 7-4 and Civil L.R. 6-2 and 7-12, Dreyer's Grand Ice Cream, Inc., Dreyer's Grand Ice Cream Holdings, Inc., Edy's Grand Ice Cream, Inc. (collectively "Dreyer's") and Ice Cream Distributors of Evansville, LLC and Spin City Holdings, (collectively "ICD") hereby stipulate and request an Order to continue the Settlement Conference scheduled for September 8, 2010 at 10:30 a.m. until a date after the Court rules on Dreyer's Motion to Dismiss ICD's Second Amended Complaint ("Dreyer's Motion") in Civil Action No. C09-5815-CW.

**STIPULATION**

WHEREAS the Court has scheduled a settlement conference in the above-entitled actions for September 8, 2010 at 10:30 a.m.;

WHEREAS the parties' have just completed briefing on Dreyer's Motion;

WHEREAS the Court will not likely rule on Dreyer's Motion before September 8, 2010;

WHEREAS the parties believe a settlement conference before the Court rules on Dreyer's Motion will not be productive since the parties will not know what claims remain in the case;

WHEREAS the only time modifications in the case have been rescheduling the settlement conference from 11:00 a.m. on September 8, 2010 to 10:30 a.m. on that same date;

WHEREAS this stipulation will not have any other effect on the schedule for the above-entitled cases;

ACCORDINGLY Dreyer's and ICD stipulate and request an Order continuing the currently scheduled Settlement Conference until after the Court rules on Dreyer's Motion to Dismiss.

DATED:  August 24, 2010        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/ Robert D. Tadlock
    ROBERT D. TADLOCK

Attorneys for:  DREYER'S GRAND ICE CREAM, INC., DREYER'S GRAND ICE CREAM HOLDINGS, INC., and EDY'S GRAND ICE CREAM, INC.,

1 | DATED:  August 24, 2010          BRACAMONTES & VLASAK, P.C.

3 | By: /s/ Michael R. Bracamontes
    MICHAEL R. BRACAMONTES

    Attorneys for:  ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/26/2010

_____
Hon. Claudia Wilken
U.S. District Court Judge

62842112 v1