UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., | No. C 10-00317 LB |
| Plaintiff, | **ORDER VACATING THE SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 8, 2010** |
| v. | |
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, *et al.*, | |
| Defendants. | |

On June 3, 2010, this Court scheduled a settlement conference in this case for September 8, 2010. ECF No. 25. On July 2, 2010, Plaintiff filed a Motion to Dismiss Defendant's Second Amended Complaint in a related case. *See Ice Cream Distributors of Evansville, LLC v. Dreyer's Grand Ice Cream, Inc.*, No. CV 09-5815 CW, Motion to Dismiss, ECF No. 47. In light of Plaintiff's Motion in the related case, the parties filed a Stipulation on August 24, 2010 asking the Honorable Claudia Wilken, the presiding judge in this case, to extend the deadline for a settlement conference until the Court had rendered a decision on the Motion to Dismiss. ECF No. 35. On August 26, 2010, Judge Wilken granted the Stipulation and ordered an extension of the deadline for a settlement conference. ECF No. 36. Accordingly, the settlement conference scheduled for September 8, 2010 is hereby **VACATED**. This Court will contact the parties and schedule a settlement conference in

///

1 | this matter following Judge Wilken's ruling on Plaintiff's Motion to Dismiss in the related case.

2 | **IT IS SO ORDERED.**

3 | Dated: August 30, 2010

_____
LAUREL BEELER
United States Magistrate Judge