Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
mbracamontes@bvlawsf.com
Phone:(415) 835-6777
Fax:    (415) 835-6780

Attorneys for Defendants
Ice Cream Distributors of Evansville, LLC and Spin City Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, LLC, an Indiana limited liability company,<br><br>Defendants. | **CASE NO.:** 10-CV-00317-EMC<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**DATE:** October 28, 2010<br>**TIME:** 10:30 A.M.<br>**JUDGE:** Judge Edward M. Chen<br><br>**ACTION FILED:** January 22, 2010<br>**TRIAL DATE:**    May 17, 2011 |

IT IS HEREBY STIPULATED AND AGREED by and among all parties and their counsel that:

1. The Settlement Conference, currently scheduled for October 28, 2010, shall be continued to a date in January 2011 at the same time and place as originally noticed.

2. The parties require additional time to exchange discovery and believe that a settlement conference before said exchange takes place will not be productive.

///

- 1 -

*Dreyer's Grand Ice Cream, Inc. v. Ice Cream Distributors of Evansville, LLC – Stipulation and Order to Continue Settlement Conference*
*10-CV-00317-EMC*

Dated: October 11, 2010        By:   /s/ Michael Bracamontes_____
                                     Michael R. Bracamontes, Esq.
                                     Attorney for Defendants Ice Cream Distributors of
                                     Evansville, LLC and Spin City Holdings, LLC
                                     [The filer of this document attests that concurrence in the filing of
                                     this document has been obtained from Plaintiff's attorney below
                                     and shall serve in lieu of his signature.]

                               By:   /s/ Robert D. Tadlock _____
                                     Robert D. Tadlock, Esq.
                                     Attorney for Plaintiff
                                     Dreyer's Grand Ice Cream, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Settlement Conference shall be continued to __January 12, 2010__ at 10:00 a.m. Settlement Conference Statements are due _January 5, 2010_____.

Dated: October 13, 2010                    _____
                                           Judge ~~Edward M. Chen~~ Laurel Beeler
                                           ~~U.S. District Court Judge~~
                                           U.S. Magistrate Judge

_____ - 2 -
*Dreyer's Grand Ice Cream, Inc. v. Ice Cream Distributors of Evansville, LLC – Stipulation and Order to Continue Settlement Conference*
*10-CV-00317-EMC*

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com