1   UNITED STATES DISTRICT COURT

2   FOR THE NORTHERN DISTRICT OF CALIFORNIA

3   SAN FRANCISCO DIVISION

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, LLC an Indiana limited liability company, <br><br> Defendants. | Case No. 10-00317 EMC (LB) <br><br> [~~PROPOSED~~] **ORDER TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Date: January 12, 2010 <br> Time: 9:30 am <br> Mag. Judge: Honorable Laurel Beeler |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the Settlement Conference shall be continued to March 7, 2011 at 9:30 am. Settlement Conference Statements are due on February 28, 2011.

DATED: January 6, 2011

IT IS SO ORDERED

_____
The Hon. Laurel Beeler
United States Magistrate Judge

[~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No. 10-00317 EMC (LB)

