Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
mbracamontes@bvlawsf.com
Phone:(415) 835-6777
Fax:   (415) 835-6780

Attorneys for Defendants
Ice Cream Distributors of Evansville, LLC and Spin City Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, LLC, an Indiana limited liability company,<br><br>Defendants. | **CASE NO.:** 10-CV-00317-EMC<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE**; **ORDER THEREON**<br><br>**DEPT.**:   Courtroom C, 15th floor<br>**JUDGE:**  Judge Edward M. Chen<br><br>**ACTION FILED:** January 22, 2010<br>**TRIAL DATE:**    None |

IT IS HEREBY STIPULATED AND AGREED by and among all parties and their counsel that:

1. Due to a scheduling conflict, the Motion for Summary Judgment currently scheduled for March 16, 2011 at 10:30 a.m., shall be continued to a March 23, 2011 at the same time and place as originally noticed;

2. The Case Management Conference currently scheduled for March 16, 2011 at 10:30 a.m., shall also be continued to March 23, 2011 at 10:30 a.m..

- 1 -
*Dreyer's Grand Ice Cream, Inc. v. Ice Cream Distributors of Evansville, LLC – Stipulation and Order to Continue Motion for Summary Judgment and Case Management Conference*
*10-CV-00317-EMC*

Dated: February 7, 2011     By:     /s/ Michael Bracamontes_____
Michael R. Bracamontes, Esq.
Attorney for Defendants Ice Cream Distributors of Evansville, LLC and Spin City Holdings, LLC
[The filer of this document attests that concurrence in the filing of this document has been obtained from Plaintiff's attorney below and shall serve in lieu of his signature.]

By:     /s/ Robert D. Tadlock _____
Robert D. Tadlock, Esq.
Attorney for Plaintiff
Dreyer's Grand Ice Cream, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Motion for Summary Judgment and Case Management Conference shall be continued to March 23, 2011 at 10:30 a.m..
The briefing schedule for the Motion for Summary Judgment will not be modified by this one week continuance. The Joint CMC statement shall be filed by March 16, 2011.

Dated: February 7, 2011 ___

_____
Hon. Edward M. Chen
Magistrate Judge, U.S. District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -

*Dreyer's Grand Ice Cream, Inc. v. Ice Cream Distributors of Evansville, LLC – Stipulation and Order to Continue Motion for Summary Judgment and Case Management Conference*
10-CV-00317-EMC