KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
Email: rtadlock@kilpatricktownsend.com
        jgilliland@kilpatricktownsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
ELHAM F. STEINER (State Bar No. 250312)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: ismitrakos@kilpatricktownsend.com
        esteiner@kilpatricktownsend.com

Attorneys for Plaintiff
DREYER'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, LLC an Indiana limited liability company,<br><br>Defendants. | Case No. 10-00317 EMC (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date:  March 7, 2011<br>Time:  9:30 am<br>Mag. Judge:  Honorable Laurel Beeler |

      Pursuant to ADR 7-4 and Civil L.R 6-2 and 7-12, Dreyer's Grand Ice Cream, Inc. ("Dreyer's") and Ice Cream Distributors of Evansville, LLC and Spin City Holdings, (collectively "Defendants") hereby stipulate and request and Order to continue the Settlement Conference scheduled for March 7, 2011 until a date after the Court rules on the parties' pending Motions for



STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
CASE NO. 10-00317 EMC (LB)                                                                                     1

Summary Judgment.

**STIPULATION**

WHEREAS the Court has scheduled a settlement conference in the above-entitled action for March 7, 2011 at 9:30 a.m. (Dkt. No. 53);

WHEREAS the parties have each filed motions for summary judgment set for hearing on March 23, 2011;

WHEREAS the parties believe a settlement conference before the Court rules on the parties' motions for summary judgment will not be productive;

WHEREAS the parties have previously stipulated to reschedule the settlement conference (Dkt. Nos. 37, 47, 53);

IT IS HEREBY STIPULATED AND AGREED by and among the parties and their counsel that the Settlement Conference currently scheduled for March 7, 2011 shall be continued. The parties propose that the settlement conference not be rescheduled until the Court rules on the parties' motions for summary judgment.

DATED: February 22, 2011   Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Robert D. Tadlock*
Robert D. Tadlock
Attorneys for Plaintiff
DREYER'S GRAND ICE CREAM, INC.

DATED: February 22, 2011   BRACAMONTES & VLASAK

By: /s/ *Michael R. Bracamontes*
Michael R. Bracamontes
Attorneys for Defendant
ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC and SPIN CITY HOLDINGS, LLC



1  **ORDER**

2

3     PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the

4  Settlement Conference shall be continued to  April 12, 2011  at  10  am.  Settlement Conference

5  Statements are due on  April 5, 2011  .

6  DATED:  February 22, 2011

7

8

9  _____
   Honorable Laurel Beeler
   United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler



STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE
CASE NO. 10-00317 EMC (LB)                                                          3