KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: rtadlock@kilpatricktownsend.com
       jgilliland@kilpatricktownsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
ELHAM F. STEINER (State Bar No. 250312)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: ismitrakos@kilpatricktownsend.com
       esteiner@kilpatricktownsend.com

Attorneys for Plaintiff
DREYER'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC. a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, LLC an Indiana limited liability company,<br><br>   Defendants. | Case No. 10-00317 EMC (LB)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: April 12, 2011<br>Time: 10:00 am<br>Mag. Judge: Honorable Laurel Beeler |

  Pursuant to ADR 7-4 and Civil L.R 6-2 and 7-12, Dreyer's Grand Ice Cream, Inc. ("Dreyer's") and Ice Cream Distributors of Evansville, LLC and Spin City Holdings, (collectively "Defendants") hereby stipulate and request and Order to continue the Settlement Conference scheduled for April 12, 2011 until a date after the Court rules on the parties' pending Motions for



Summary Judgment.

**STIPULATION**

WHEREAS the Court has scheduled a settlement conference in the above-entitled action for April 12, 2011 at 10:00 a.m. (Dkt. No. 72);

WHEREAS the parties have each filed motions for summary judgment that the Court heard on March 23, 2011;

WHEREAS the parties believe a settlement conference before the Court rules on the parties' motions for summary judgment will not be productive;

WHEREAS the parties have previously stipulated to reschedule the settlement conference (Dkt. Nos. 37, 47, 53, 71);

IT IS HEREBY STIPULATED AND AGREED by and among the parties and their counsel that the Settlement Conference currently scheduled for April 12, 2011 shall be continued to June 7, 2011 at 10:00 a.m., or on a date and time thereafter chosen by the Court. The parties propose that the settlement conference not be rescheduled until the Court rules on the parties' motions for summary judgment.

DATED: April 4, 2011              Respectfully submitted,

                                  KILPATRICK TOWNSEND & STOCKTON LLP


                                  By: /s/ *Robert D. Tadlock*
                                      Robert D. Tadlock
                                  Attorneys for Plaintiff
                                  DREYER'S GRAND ICE CREAM, INC.

DATED: April 4, 2011              BRACAMONTES & VLASAK


                                  By: /s/ *Michael R. Bracamontes*
                                      Michael R. Bracamontes
                                  Attorneys for Defendant
                                  ICE CREAM DISTRIBUTORS OF EVANSVILLE,
                                  LLC and SPIN CITY HOLDINGS, LLC



**ORDER**

      PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the Settlement Conference shall be continued to  June 8, 2011  at  10  am.  Settlement Conference Statements are due on  June 1, 2011  .

DATED:    April 6, 2011

_____
Honorable Laurel Beeler
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*



STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
CASE NO. 10-00317 EMC (LB)                                                                                              3