KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
Email: rtadlock@kilpatricktownsend.com
       jgilliland@kilpatricktownsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
ELHAM F. STEINER (State Bar No. 250312)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: ismitrakos@kilpatricktownsend.com
       esteiner@kilpatricktownsend.com

Attorneys for Plaintiff
DREYER'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, LLC an Indiana limited liability company,<br><br>Defendants. | Case No. 10-00317 EMC (LB)<br><br>**JOINT STIPULATION REQUESTING THE COURT TO VACATE THE JUNE 8, 2011 SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:  June 8, 2011<br>Time:  10:00 am<br>Mag. Judge:  Honorable Laurel Beeler |

Pursuant to ADR 7-4 and Civil L.R. 7-12, Dreyer's Grand Ice Cream, Inc. ("Dreyer's") and Ice Cream Distributors of Evansville, LLC and Spin City Holdings (collectively "Defendants") hereby stipulate and request an Order vacating the Settlement Conference scheduled for June 8, 2011 due to the Court's April 20, 2011 Order on the parties' cross-motions



STIPULATION AND [PROPOSED] ORDER REQUESTING VACATING OF SETTLEMENT CONFERENCE
CASE NO. 10-00317 EMC (LB)                                                                            1

for summary judgment.

**STIPULATION**

WHEREAS the Court has scheduled a settlement conference in the above-entitled action for June 8, 2011 at 10:00 a.m. (Dkt. No. 105);

WHEREAS the parties filed cross-motions for summary judgment that the Court heard on March 23, 2011;

WHEREAS the Court granted Dreyer's motion for summary judgment on April 20, 2011 and instructed Dreyer's counsel to contact the Court to vacate the settlement conference (Dkt. No. 108);

WHEREAS the parties have previously stipulated to reschedule the settlement conference (Dkt. Nos. 37, 47, 53, 71, 104);

IT IS HEREBY STIPULATED AND AGREED by and among the parties and their counsel that the Settlement Conference currently scheduled for June 8, 2011 shall be vacated.

DATED:  April 29, 2011			Respectfully submitted,

					KILPATRICK TOWNSEND & STOCKTON LLP


					By: /s/ *Robert D. Tadlock*
					       Robert D. Tadlock
					Attorneys for Plaintiff
					DREYER'S GRAND ICE CREAM, INC.

DATED:  April 29, 2011			BRACAMONTES & VLASAK


					By: /s/ *Michael R. Bracamontes*
					       Michael R. Bracamontes
					Attorneys for Defendant
					ICE CREAM DISTRIBUTORS OF EVANSVILLE,
					LLC and SPIN CITY HOLDINGS, LLC



**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the Settlement Conference scheduled for June 8, 2011 at 10:00 am is vacated.

DATED: May 3, 2011



Honorable Laurel Beeler
United States Magistrate Judge

